IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0267

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.

WALLIS SINZ,

Defendant and Appellant.

_____

ORDER

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kathy Seeley, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 20 2021

FILED
01/20/2021
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 19-0267